# 2016 road trip with *Linda*



**TIME TO PACK YOUR BAGS AND HIT THE ROAD TO NORTH CAROLINA!**



**Noon: Wednesday, November 16th – Noon: Friday, November 18th**
Stunning! Omni Park Grove Inn
290 Macon Avenue
Asheville, NC

**10am - 6pm: Thursday, November 17th**
*THINK TANK!*

Reserve your room directly with the OMNI ASAP for best rate.
Phone: (800) 438-5800



## WHO MAY ATTEND?

Any consultant or director who completes the 20 Q. Party Challenge or 2 consecutive months of 8 Q. Parties between **November 2015-November 2016** may attend.
See full rules on how to earn money toward the trip.

Case 1:17-cv-00284-MR   Document 1-3   Filed 10/11/17   Page 1 of 2



Case 1:17-cv-00284-MR   Document 1-3   Filed 10/11/17   Page 2 of 2