IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:17-cv-00284-MR

| | |
|---|---|
| DAVID OPPENHEIMER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| LINDA CHESNUT-TOUPIN, et al., ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on the Defendant Mary Kay Inc.'s motion for the admission of attorney Jervonne D. Newsome as counsel *pro hac vice*. [Doc. 13]. Upon careful review and consideration, the Court will allow the motion.

**IT IS, THEREFORE, ORDERED** that the Defendant's motion [Doc. 13] is **ALLOWED**, and Jervonne D. Newsome is hereby granted *pro hac vice* admission to the bar of this Court, payment of the required admission fee having been received by the Clerk of this Court.

**IT IS SO ORDERED.**

Signed: November 28, 2017

Martin Reidinger
United States District Judge