UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| DAVID OPPENHEIMER, | § | |
|     Plaintiff, | § | CA No. 1:17-cv-00284 |
| | § | |
| v. | § | |
| | § | |
| LINDA CHESNUT-TOUPIN, | § | |
| TOUPIN, INC., CURTIS J. HANNAH, *and* | § | |
| MARY KAY INC. | § | |
|     Defendants. | § | **JURY DEMANDED** |

## STIPULATION FOR VOLUNTARY DISMISSAL OF TOUPIN DEFENDANTS

Plaintiff, David Oppenheimer, by and through his Counsel of Record, and (only) Defendants, Linda Chesnut-Toupin and Toupin, Inc. by and through their Counsel of Record, hereby stipulate and agree pursuant to Federal Rule of Civil Procedure 41, to the dismissal of Defendant Linda Chesnut-Topupin and Defendant Toupin, Inc., with prejudice, and without further costs to any of these three parties.

Date: May 16, 2018

**LeJune Law Firm**

By: /s Dana A. LeJune
Texas Bar: 12188250
NC Bar: 49025
6525 Washington Avenue, Suite 300
Houston, Texas 77007
713.942.9898 (P)/713.942.9899 (F)
*Attorneys for Plaintiff*
*and*

**Roberts & Stevens, P.A**.

s/ *Wyatt S. Stevens*
Wyatt Stevens
N.C. Bar No. 21056
P. O. Box 7647
Asheville, NC 28802
Telephone: (828) 252-6600
Facsimile: (828) 253-7200
Attorneys for Toupin Defendants
wstevens@roberts-stevens.com